

```
Priority    ✓
Send        ✓
Enter       ✓
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URAL KING, aka URAL LEE KING,<br><br>    Petitioner,<br><br>vs.<br><br>G.J. GIURBINO, WARDEN,<br><br>    Respondent. | Case No. EDCV 04-1107-R(RC)<br><br>ORDER ADOPTING FIRST REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached First Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a <u>de</u> <u>novo</u> determination.

    IT IS ORDERED that (1) the First Report and Recommendation is approved and adopted; (2) the First Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) petitioner's request to strike or dismiss Ground Seven is granted; (4) Ground One is found to be procedurally barred, and respondent's motion to dismiss Ground One is granted; (5) Grounds Five and Six are found

not to be procedurally barred, and respondent's motion to dismiss Grounds Five and Six is denied; (6) Grounds Three, Ten and Eleven are found not to be cognizable on habeas review, and respondent's motion to dismiss Grounds Three, Ten and Eleven is granted; and (7) respondent shall file an answer addressing the merits of Grounds Two, Four, Five, Six, Eight and Nine, no later than thirty (30) days from the date of this Order.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's First Report and Recommendation and Judgment by the United States mail on the parties.

DATED: 2-28-08

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

R&R\04-1107.ado
1/14/08