UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| URAL KING,<br><br>    Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>    Respondent. | No. EDCV 04-1107-R (RCF)<br><br>ORDER ADOPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING MOTION FOR RECONSIDERATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, the Second Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections to the Report. The Court accepts and adopts the findings of fact, conclusions of law, and recommendations contained in the Second Report and Recommendation, after having made a *de novo* determination of the portions to which objections were directed.

On April 21, 2011, in conjunction with the filing of his Objections to the Second Report and Recommendation, Petitioner filed a Motion for Reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure. In the motion, Petitioner suggests the Court should reconsider the Second Amended Report and Recommendation due to mistake, inadvertence, or excusable neglect, on the ground that claims six and eight should be reviewed under a *de novo* standard, rather than under the deferential standard required by 28 U.S.C. § 2254(d). The Second Report and Recommendation is not a final judgment, order, or proceeding, as

required for relief under Rule 60(b). Therefore, to the extent the motion seeks relief from a final judgment, order, or proceeding, it is denied as premature.

To the extent the motion for reconsideration asserts additional objections to the Second Report and Recommendation, the Court has considered the additional arguments set forth in the motion.

IT IS ORDERED that Grounds Two, Four, Five, Six, Eight, and Nine are denied.

IT IS FURTHER ORDERED that Judgment be entered denying the Petition with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 9, 2011

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE