UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| URAL KING,<br><br>    Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>    Respondent. | No. EDCV 04-1107-R (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Second Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: May 9, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE